IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN FERNANDO
MENDEZ-MORALES,

                  Petitioner,

    v.

TODD LYONS, ACTING DIRECTOR,
IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

             Respondents.

:
:
:
:
:   3:26-cv-1910
:   (JUDGE MARIANI)
:
:
:
:
:
:
:

## ORDER

AND NOW, THIS ___20th___ DAY OF JULY 2026, upon consideration of Petitioner

Kevin Fernando Mendez-Morales' counseled petition for writ of habeas corpus pursuant to

28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 5), Petitioner's traverse (Doc. 6),

and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Kevin Fernando

Mendez-Morales from the custody of the Warden of FCI Lewisburg who has

immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday July**

**23, 2026, at 5:00 P.M.** confirming that Petitioner Kevin Fernando Mendez-Morales has been released from custody.

4.  Respondents are **PERMANENTLY ENJOINED** from detaining Kevin Fernando Mendez-Morales pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5.  If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge